**UNITED STATES of America,**
**Appellee,**

v.

**Connie Lee FALLANG, Appellant.**

**No. 26486.**

United States Court of Appeals,
Ninth Circuit.

March 11, 1971.

See also 9 Cir., 439 F.2d 685.

---

Lawrence Ollason, Tucson, Ariz., for appellant.

Richard K. Burke, U. S. Atty., Stanley L. Patchell, Tucson, Ariz., for appellee.

Before HAMLEY, CARTER and TRASK, Circuit Judges.

PER CURIAM:

Connie Lee Fallang appeals from her conviction on a charge of importing marihuana into the United States in violation of 21 U.S.C. § 176a.

Approximately eighty pounds of marihuana were in a suitcase which was found in the locked trunk of a rented car for which defendant had paid the rental, and in which she rode as a passenger when it entered the United States at Nogales, Arizona.

On this appeal defendant argues that the Government did not prove two essential elements: that defendant knew of the marihuana in the suitcase, and intended to defraud the United States. However, our review of the record convinces us that the evidence was sufficient.

Affirmed.